In the Matter of the Claim of CARRIE DECKER, Respondent, against ROSEN-WEIG COMPANY, Impleaded with NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion on order to show cause is dismissed, without prejudice, on the ground that service of the order to show cause was not made on the interested parties. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

D. STERRETT PINDELL, Plaintiff, v. FREDERIC W. SIM and Another, Individually and as Surviving Executors and Trustees under the Last Will, etc., of JOSEPH A. POWERS, Deceased. THOMAS O'CONNOR and WILLIAM P. DAUCHY, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. THEODORE TUCKER and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

CAROLINE GESELL and Another, Respondents, v. LOUIS (LEWIS) A. WELLS and JEFFERY (JEFFREY) WELLS, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: 1. Were the agreement and appointment made by the infant defendant, Jeffrey Wells, by virtue of the provisions of section 285-a of the Highway Law, ■ in effect on August 1, 1928, when he operated a car as a non-resident in the State of New York, capable of being disaffirmed by him on account of his infancy? 2. Has the court jurisdiction of the person of the infant, Jeffrey Wells, as a defendant in this action by the attempted service of a summons upon him under section 285-a of the Highway Law in effect on August 1, 1928? Stay of all proceedings pending determination by the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Application of ELIZABETH T. BUCKLEY, Appellant, for a Peremptory Mandamus Order Directing HAMILTON WARD, Attorney-General, to Reinstate the Petitioner in the Position of Stenographer in the Department of Law, State of New York.— Motion denied. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

VILLAGE OF STILLWATER, Appellant, v. HUDSON VALLEY RAILWAY COMPANY and BANKERS TRUST COMPANY, as Successor Trustee, Respondents. ■ — Order resettled so as to add a provision that motion for additional allowance is denied, without prejudice to a renewal of the motion if and when the nuisance is abated. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE PLATKO-WITZ, Appellant.— Decision ■ amended by adding thereto: Order denying motion for a new trial on the ground of newly-discovered evidence unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.